# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 17, 2019

Ms. Jeannette Clack
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

      No. 19-50688    Christiana Trust v. Frances Howe Priegel
                  USDC No. 3:18-CV-253

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                  *Melissa Mattingly*

                  By: _____
                  Melissa V. Mattingly, Deputy Clerk
                  504-310-7719

cc w/encl:
      Mr. Christopher K. Baxter
      Ms. Amie Riccio Hajovsky
      Ms. Frances Leah Howe Priegel
      Mr. Samuel Edwin Sprowles
      Mr. Philip Stuart Traynor

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

### No. 19-50688

---

CHRISTIANA TRUST, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity, but as Trustee of ARLP 5,

      Plaintiff - Appellee

v.

FRANCES LEAH HOWE PRIEGEL, also known as Frances,

      Defendant - Appellant

---

Appeal from the United States District Court for the
Western District of Texas

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 17, 2019, for want of prosecution. The appellant failed to timely file a brief and record excerpts.



LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk

A True Copy
Certified order issued Sep 17, 2019

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

ENTERED AT THE DIRECTION OF THE COURT